**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

HENRY LEE SIMMONS, JR.        :                    CIVIL ACTION
             v.                      :
                               :

KILOLO KIJAKAZI,              :
Acting Commissioner of the Social  :
Security Administration         :                 NO.  21-2113

## <u>ORDER</u>

**AND NOW**, this 21st day of September 2022, for the reasons contained in the court's

Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No.

6) is **DENIED.**

**BY THE COURT**:


       */s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge